## 52530. STANCIL v. HUDSON OIL COMPANY.

QUILLIAN, Judge.

Appeal was taken from an order granting a motion for new trial. This court has not granted an interlocutory appeal. See Code Ann. § 6-701 (a) 2 (A) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757, 758). Hence, the appeal must be dismissed as premature. *Gordon v. Gordon,* 236 Ga. 99 (222 SE2d 380).

*Appeal dismissed. Deen, P. J., and Webb, J., concur.*

SUBMITTED SEPTEMBER 13, 1976 — DECIDED SEPTEMBER 27, 1976.

*E. Graydon Shuford,* for appellant.
*Gambrell, Russell, Killorin & Forbes, Jack O. Morse, David A. Handley,* for appellee.